

# IN THE DISTRICT COURT OF PAYNE COUNTY
# STATE OF OKLAHOMA

| | |
|---|---|
| BRUCE RUSSELL AND CANDI RUSSELL, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>(1) FARMERS INSURANCE COMPANY, INC., and<br>(2) CASEY MARTIN,<br><br>Defendants. | Case No. CJ-2020-172 |

## PETITION

Plaintiffs Bruce Russell and Candi Russell, Husband and Wife ("Plaintiffs"), for their claims against Defendants Farmers Insurance Company, Inc. ("Farmers") and Casey Martin ("Martin") (collectively, "Defendants"), state the following:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiffs are citizens of the State of Oklahoma and are residents of Payne County, State of Oklahoma.

2. Farmers is a foreign corporation.

3. Upon information and belief, Martin is a citizen of the State of Oklahoma and is a resident of Payne County, Oklahoma. Martin also operates a Farmers insurance office in Payne County, Oklahoma.

4. This Court has both subject matter and personal jurisdiction over the parties to this lawsuit.

EXHIBIT 1

5. Venue is properly laid in the District Court of Payne County because all or a substantial part of the acts, omissions and/or damages giving rise to this lawsuit occurred in Payne County and because Martin resides in and has her place of business in Payne County.

## FACTUAL ALLEGATIONS

6. Plaintiffs determined that they needed, among other things, a certain homeowners policy to protect their home located as 4815 Looper Avenue, Stillwater, Oklahoma 74074-1365 from certain perils.

7. Plaintiffs contacted Martin to obtain the requisite insurance coverage.

8. At all times pertinent herein, Martin acted as an agent and representative of Farmers.

9. As a result, Defendants issued a Homeowners Policy ("Policy") to Plaintiffs, who are both named insureds under the Policy.

10. Plaintiffs have timely paid all premiums under the Policy and have at all times dealt fairly and in good faith with Defendants.

11. During the applicable timeframe for coverage under the Policy, a weather/storm event occurred and damaged Plaintiff's home insured under the Policy.

12. Plaintiffs timely submitted a claim and supporting information to Defendants under the Policy.

13. However, Defendants denied coverage under the Policy.

## FIRST CAUSE OF ACTION – BREACH OF CONTRACT

14. Plaintiffs incorporate ¶¶1-13 as though fully stated herein.

15. Plaintiffs timely paid all premiums under the Policy and timely submitted a claim under the Policy.

16. The Policy obligates the Defendants in numerous regards to cover the losses complained of by Plaintiffs.

17. There are no applicable exclusions or other limitations to Plaintiffs' claim.

18. Defendants failed to cover Plaintiffs' claim submitted under the Policy and continue to wrongfully deny Plaintiffs' claim based on an unlawful, selective, and misplaced interpretation of Plaintiffs' Policy.

19. The acts and omissions of Defendants in the investigation, evaluation, and decisions regarding Plaintiffs' claim were unreasonable, improper, and in violation of the Policy's terms.

20. Defendants breached the Policy with Plaintiffs by failing to pay for covered claims and otherwise failing to comply with their obligations under the Policy's terms.

21. Plaintiffs have sustained actual damages as a result of the Defendants' unlawful conduct in an amount which exceeds $75,000.00.

22. Wherefore, Plaintiffs pray for judgment against the Defendants as follows:
    a. For their actual damages, which exceed $75,000.00;
    b. For pre-judgment and post-judgment interest provided by law;
    c. For their costs;
    d. For a reasonable attorney's fee; and
    e. For other and further relief that the Court deems just, equitable, and proper, whether requested herein or at a later date.

## SECOND CAUSE OF ACTION – BAD FAITH

23. Plaintiffs incorporates ¶¶1-22 as though fully stated herein.

24. Defendants owed Plaintiffs a duty to deal fairly and act in good faith under Oklahoma law.

25. At all times, Plaintiffs complied with the terms of the Policy and dealt with Defendants in good faith.

26. Plaintiffs timely paid all premiums under the Policy and timely submitted a claim under the Policy.

27. The Policy obligates the Defendants in numerous regards to cover the losses complained of by Plaintiffs.

28. There are no applicable exclusions to Plaintiffs' claim.

29. Defendants failed to cover Plaintiffs' claim submitted under the Policy and continue to wrongfully deny Plaintiffs' claim based on an unlawful, selective, and misplaced interpretation of Plaintiffs' Policy.

30. The acts and omissions of Defendants in the investigation, evaluation, and decisions regarding Plaintiffs' claim were unreasonable, improper, and in violation of the Policy's terms.

31. Defendants breached the Policy with Plaintiffs by failing to pay for covered claims and otherwise failing to comply with their obligations under the Policy's terms.

32. Defendants unreasonably and in bad faith breached the Policy with Plaintiffs through their various acts and omissions, including but not limited to the investigation, evaluation, delay, and decision on Plaintiffs' claim. This conduct as a whole constitutes bad faith.

33. Defendants' bad faith conduct was committed intentionally and with malice towards others or with reckless disregard for the rights of others.

34. Plaintiffs have sustained actual damages as a result of the Defendants' unlawful conduct in an amount which exceeds $75,000.00.

35. Wherefore, Plaintiffs pray for judgment against the Defendants as follows:

    a. For their actual damages, which exceed $75,000.00;

    b. For punitive and exemplary damages to be determined by the jury at trial;

    c. For pre-judgment and post-judgment interest provided by law;

d. For their costs;

e. For a reasonable attorney's fee; and

f. For other and further relief that the Court deems just, equitable, and proper, whether requested herein or at a later date.

Respectfully Submitted,

*[signature]*

Stanley M. Ward, OBA#9351
Geoffrey A. Tabor, OBA#32880
WARD & GLASS, L.L.P.
1601 N.W. 36th Street, Suite 100
Norman, Oklahoma 73072
(405) 360-9700
(405) 360-7902 (fax)
**ATTORNEYS FOR PLAINTIFFS**
**ATTORNEY'S LIEN CLAIMED**
**JURY TRIAL DEMANDED**